# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

VALERIE WHITMAN

*Plaintiff(s)*

v.

RUBY TUESDAY, INC., et al

*Defendant(s)*

Civil Action No. 1:17CV58

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☐ Other

This action was:

☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge  Irene M. Keeley

Whiteman's motion to remand is granted and this action is remanded to the Circuit Court of Harrison County, West Virginia.  The Clerk is directed to enter a separate judgment order.

Date: August 8, 2017

*CLERK OF COURT*
Cheryl Dean Riley

Julie Schoonover

*Signature of Clerk or Deputy Clerk*